COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-441-CV

ANTARES CONSTRUCTION, INC. APPELLANT

D/B/A ANTARES CONSTRUCTION

V.

TRANSCONTINENTAL INSURANCE APPELLEE

COMPANY, A NEW YORK CORPORATION

TRADING UNDER THE STYLE NAME OF CNA

COMMERCIAL INSURANCE CO.

----------

FROM COUNTY 
COURT AT LAW NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion For Voluntary Dismissal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: January 5, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.